UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAYAS, et al., <br> Plaintiffs, <br> v. <br> NATIONAL GENERAL INC., <br> Defendant. | Case No. 19-cv-03952-EMC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN CASE** <br><br> Docket No. 20 |

Antonio Zayas and Svetlana Narbaeva, proceeding pro se, filed this case on July 9, 2019, *see* Docket No. 1, and Judge Beeler dismissed it with leave to amend on July 29, 2019, *see* Docket No. 10. Plaintiffs were granted until August 19, 2019 to file an amended complaint, and that deadline was extended multiple times, with a final deadline of November 12, 2019. *See* Docket Nos. 13, 15. Plaintiffs did not file an amended complaint.

On November 25, 2019, Judge Beeler filed a Report and Recommendation ("R&R") recommending that the case be dismissed with prejudice. *See* Docket No. 16. This Court adopted that R&R on December 31, 2019, dismissing the case with prejudice and entering judgment. *See* Docket Nos. 18, 19.

On January 24, 2020, Plaintiffs filed a handwritten letter. *See* Docket No. 20. After reviewing the letter, the Court construes it as a Motion to Reopen the case pursuant to Federal Rules of Civil Procedure 60. In light of the information set forth in the letter and because Plaintiffs now contend that they can properly formulate their claims as breach of contract and fraud claims, the Court **GRANTS** Plaintiffs' request to reopen the case. Plaintiffs have 60 days from the date of this order to file a new complaint. That complaint must state in clear terms the

basis of federal jurisdiction and Plaintiffs' causes of action. If Plaintiffs do not file an amended complaint within 60 days of the date of this order, their case will be dismissed with prejudice, which means that that case will be closed and Plaintiffs will be prohibited from filing anything further in this matter.

Plaintiffs are encouraged to seek the free information that is available to pro se litigants from the Legal Help Desk. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Ave., 15th Floor, Room 2796, San Francisco, CA 94102. The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982. See also http://cand.uscourts.gov/helpcentersf. A free handbook for pro se litigants, entitled Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, is also available free of charge for download at https://www.cand.uscourts.gov/prosehandbook.

This order disposes of Docket No. 20.

**IT IS SO ORDERED**.

Dated: February 25, 2020

_____
EDWARD M. CHEN
United States District Judge