1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ANTONIO ZAYAS, et al.,                     Case No.   19-cv-03952-EMC

8              Plaintiffs,

9         v.                                    **ORDER DISMISSING CASE WITH PREJUDICE**

10   NATIONAL GENERAL INC.,                      Docket No. 21

11             Defendant.

12

13        Antonio Zayas and Svetlana Narbaeva, proceeding pro se, filed this case on July 9, 2019,

14   *see* Docket No. 1, and Judge Beeler dismissed it with leave to amend on July 29, 2019, *see* Docket

15   No. 10.  Plaintiffs were granted until August 19, 2019 to file an amended complaint, and that

16   deadline was extended multiple times, with a final deadline of November 12, 2019.  *See* Docket

17   Nos. 13, 15.  Plaintiffs did not file an amended complaint.  On November 25, 2019, Judge Beeler

18   filed a Report and Recommendation ("R&R") recommending that the case be dismissed with

19   prejudice.  *See* Docket No. 16.  This Court adopted that R&R on December 31, 2019, dismissing

20   the case with prejudice and entering judgment.  *See* Docket Nos. 18, 19.  On January 24, 2020,

21   Plaintiffs filed a handwritten letter.  *See* Docket No. 20.  After reviewing the letter, the Court

22   construed it as a Motion to Reopen the case pursuant to Federal Rule of Civil Procedure 60 and

23   granted the motion.  *See* Docket No. 21.

24        In its order granting Plaintiffs' Motion to Reopen, the Court permitted Plaintiffs 60 days

25   (from February 25, 2020) to file an amended complaint.  *Id.*  It cautioned Plaintiffs that if they did

26   not file an amended complaint within 60 days, their case would be dismissed with prejudice.

27   More than 80 days have now passed since the Court issued its prior order, and no amended

28

                                                 1

United States District Court
Northern District of California

1   Complaint has been filed.  Accordingly, this case is **DISMISSED** with prejudice.

2       The Clerk is directed to enter judgment and close this case.

3

4       **IT IS SO ORDERED**.

5

6   Dated: May 18, 2020

7

8   _____

9   EDWARD M. CHEN
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2